HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FUNDS FROM FIRST REGIONAL BANK ACCOUNT #XXXXX1859 HELD IN THE NAME OF R K COMPANY, INC., d/b/a CIGAR CARTEL, TOTALING $201,147.00 MORE OR LESS, AND TH E PROCEEDS THEREFROM, *et al.*,<br><br>Defendants,<br><br>R. K. CO., INC., d/b/a CIGAR CARTEL,<br><br>Claimant. | C08-0272-JCC<br><br>ORDER GRANTING MOTION TO RE-NOTE CLAIMANT'S SUMMARY JUDGMENT MOTION FOR FRIDAY, NOVEMBER 28, 2008 |

This matter came before the court on an Agreed Motion (Dkt. No. 32) to Re-Note the Summary Judgment motion filed by Claimant R. K. Co., Inc., d/b/a Cigar Cartel, for Friday, November 28, 2008. The court hereby ORDERS that, pursuant to the agreement of the parties, the Claimant's Motion for Summary Judgment pursuant to Rule 56, Federal Rules of Civil Procedure, is re-noted for Friday, November 28, 2008, and the deadline by which Claimant must file its reply brief, if any, is extended to

//

ORDER GRANTING MOTION TO RE-NOTE
CLAIMANT'S SUMMARY JUDGMENT MOTION
FOR FRIDAY, NOVEMBER 28, 2008 - 1

08-CV-00272-DECL

November 28, 2008.

DONE this 21 day of November, 2008.

*[signature]*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO RE-NOTE
CLAIMANT'S SUMMARY JUDGMENT MOTION
FOR FRIDAY, NOVEMBER 28, 2008 - 2