Judge Coughenour

1

2

|||||||||||||||||||||||||||||||||||||||||||||||

3

|||||||||||||||||||||||||||||||||||

4

**08-CV-00272-ORD**

5

6

7       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9    UNITED STATES OF AMERICA,

10                    Plaintiff,                    NO.  C08-0272JCC

11              v.

12   FUNDS FROM FIRST REGIONAL BANK
     ACCOUNT #XXXXX1859 HELD IN THE       **STIPULATED SETTLEMENT**
13   NAME OF R K COMPANY, INC, d/b/a      **AGREEMENT AS TO CLAIMANT**
     CIGAR CARTEL, TOTALING               **GLOBAL TRADING CORP. OF**
14   $201,147.00, MORE OR LESS, AND THE   **TAMPA FLORIDA**
     PROCEEDS THEREFROM;
15   FUNDS FROM BANK OF AMERICA           **AND** [PROPOSED] **ORDER**
     ACCOUNT #XXXXXX6903 HELD IN          **APPROVING SETTLEMENT**
16   THE NAME GLOBAL TRADING              **AGREEMENT**
     COMPANY OF TAMPA, FLORIDA,
17   TOTALING $89,240.00, MORE OR LESS,
     AND THE PROCEEDS THEREFROM;
18   FUNDS FROM BANK OF NEVADA
     ACCOUNT #XXXXXXX7651 HELD IN
19   THE NAME OF LAS VEGAS PAIUTE
     TRIBE/SNOW MOUNTAIN
20   WHOLESALE, TOTALING $69,345.29,
     MORE OR LESS, AND THE PROCEEDS
21   THEREFROM; AND
     FUNDS FROM GRAND SAVINGS
22   BANK ACCOUNT #XXXX8501 HELD IN
     THE NAME OF DELTA OZARK, LLC
23   DBA DELTA-OZARK ENTERPRISES ,
     TOTALING $120,903.90, MORE OR
24   LESS, AND THE PROCEEDS
     THEREFROM;
25
                     Defendants.
26

27       The United States of America, Plaintiff herein, by and through Jeffrey C. Sullivan,

28   United States Attorney for the Western District of Washington, and Richard E. Cohen,

STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT GLOBAL TRADING CORP. OF TAMPA

1. Assistant United States Attorney for said District, and claimant Global Trading Corp. of
2. Tampa Florida, ("Global") by and through its attorneys Roger Townsend and Gerson
3. Joseph, hereby enter into this Stipulated Settlement Agreement upon the terms and
4. conditions set forth below.

5. Plaintiff, United States of America, filed its Complaint for Forfeiture *In Rem*
6. against the defendant Funds from Bank of America Account #XXXXXX6903 Held in the
7. name Global Trading Company of Tampa, Florida, totaling $89,240.00, more or less, and
8. the proceeds therefrom; (hereinafter "the Defendant $89,240.00") on February 15, 2008,
9. and an Amended Complaint for Forfeiture *In Rem* on March 25, 2008. In its Amended
10. Complaint, the United States alleged that the defendant $89,240.00 was subject to seizure
11. and forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A),
12. 981(a)(1)(C) and 984 for violations of Title 18, United States Code, Sections
13. 1956(a)(1)(A)(i), 1957 and 2342.

14. Pursuant to a Warrant of Arrest In Rem, the Bureau of Alcohol Tobacco and
15. Firearms arrested the defendant currency on May 16, 2008.

16. On February 15, 2008, the United States filed a Verified Complaint for Forfeiture
17. *in rem* (Dkt #1), and Amended the Complaint (Dkt #7) on March 25, 2008, against the
18. above listed property and against other property not at issue in this Settlement Agreement.

19. On or about July 17, 2008, Global Trading Corp. Of Tampa filed a Statement of
20. Interest (Dkt. #19) to the defendant $89,240.00.

21. On or about August 28, 2008, Global Trading Corp. Of Tampa filed an Answer to
22. the Complaint for Forfeiture *In Rem* (Dkt #22) to the defendant $89,240.00.

23. **STIPULATION**

24. 1. The Court has jurisdiction over this matter, the defendant currency, and the
25. parties, pursuant to Title 28, United States Code, Sections 1345 and 1355. The Court has
26. venue pursuant to Title 28, United States Code, Section 1395, and 1355(b)(1).
27. \\\
28. \\\

STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT GLOBAL TRADING CORP. OF TAMPA
U.S. v. FUNDS FROM FIRST REGIONAL BANK ACCOUNT XXXXX1859, et al. - C08-0272JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     2.    Thirty Thousand Dollars ($30,000.00) of the defendant currency shall be

2  paid to Claimant Global Trading Corp. of Tampa Florida, through Claimant's attorney,

3  Roger Townsend, by the United States Marshal's Service.

4     3.    The remaining Fifty-Nine thousand, Two Hundred Forty Dollars

5  ($59,240.00) of the defendant currency shall be forfeited to the United States.

6     4.    The parties acknowledge that Claimant Global has denied that any funds are

7  subject to forfeiture and that the government has denied that any Funds from Bank of

8  America Account #XXXXXX6903 are subject to be returned to Claimant. The parties

9  acknowledge that this Stipulated Settlement Agreement is made as a compromise and is

10  not, and cannot be, construed as, or asserted by any party or other person or entity to be

11  an admission of liability or violation of any law, rule or regulation.

12     5.    This Stipulated Settlement Agreement represents a full settlement and

13  satisfaction of all ownership and possessory claims by Claimant Global Trading Corp. of

14  Tampa Florida to the defendant $89,240.00 and its proceeds and of any causes of action

15  arising out of the seizure of the defendant currency. Further, this Stipulated Settlement

16  Agreement represents a full settlement and satisfaction of any and all claims and causes

17  of action by the plaintiff United States for the forfeiture of the defendant $89,240.00 and

18  its proceeds. The parties shall execute further documents to the extent necessary to

19  implement the terms of this Stipulated Settlement. Each party is to bear its own costs and

20  attorney's fees.

21     6.    Global Trading Corp. of Tampa Florida hereby agrees to release and forever

22  discharge the United States, its agencies, agents, employees, and officers, and any other

23  foreign, state, or local law enforcement agents or officers involved in the investigation

24  relating to this case, from any and all claims, liens, demands, obligations, actions, causes of

25  action, indemnifications, damages, liabilities, losses, costs and expenses, of any nature

26  whatsoever, known or unknown, past, present or future, ascertained or unascertained,

27  suspected or unsuspected, existing or claimed to exist, which each said Claimant, her/his

28  respective heirs, successors, or assigns may have had, now have, or may hereafter have,

STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT GLOBAL TRADING CORP. OF TAMPA
U.S. v. FUNDS FROM FIRST REGIONAL BANK ACCOUNT XXXXX1859, et al. - C08-0272JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

arising out of the seizure, handling and disposition of the defendant currency, the
investigation leading to such actions, and the subsequent forfeiture proceedings, including
any claims for interest or attorney's fees.

The parties submit this Stipulated Settlement Agreement to the Court for signature,
having agreed to its terms and consented to the entry of this Stipulated Settlement Agreement
in full satisfaction of the claim of Global Trading Corp. of Tampa Florida in this case and
further, the undersigned parties waive any right of appeal.

DATED: 3/27/05

RICHARD E. COHEN
Assistant United States Attorney
Attorney for Plaintiff

DATED: 3/25/09

ROGER TOWNSEND
Attorney for Claimant Global Trading
Corp. of Tampa Florida

DATED: 3/26/2009

GERSON JOSEPH
Attorney for Claimant Global Trading
Corp. of Tampa Florida

DATED: 3/27/09

JOSPEH TABSHE, President
Global Trading Corp. of Tampa Florida

STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT GLOBAL TRADING CORP. OF TAMPA
U.S. v. FUNDS FROM FIRST REGIONAL BANK ACCOUNT XXXXX1859, et al. - C08-0272JCC - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1201
(206) 553-7970

## ORDER

This Stipulated Settlement Agreement is hereby APPROVED and its terms are hereby ORDERED.

DATED this _____ day of March, 2009

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

_____
RICHARD E. COHEN
Assistant United States Attorney
700 Union Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242; Fax (206) 553-6934
E-Mail: Richard.E.Cohen@usdoj.gov

STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT GLOBAL TRADING CORP. OF TAMPA
U.S. v. FUNDS FROM FIRST REGIONAL BANK ACCOUNT XXXXX1859, et al. - C08-0272JCC - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970